UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIURA RUN, INC., a Wisconsin corporation,

Plaintiff,

v.

TRIPLE PLAY PAY, INC., a Delaware
corporation; and NORTHAB, LLC, a
Delaware limited liability company,

Defendants.

No.  25-CV-10425 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In an initial conference on February 20, 2026, the parties alerted the Court to the likelihood that it lacks subject matter jurisdiction over this action.  The parties agreed to update the Court within two weeks of that conference.  Two weeks have now passed, and the Court has yet to receive such an update.  No later than March 13, 2026, the parties shall submit a letter informing the Court of whether the jurisdictional questions have been resolved, jurisdictional discovery is needed, or, alternatively, whether Plaintiff intends to dismiss this case for lack of subject matter jurisdiction.

SO ORDERED.

Dated:    March 9, 2026
          New York, New York

Ronnie Abrams
United States District Judge