UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIURA RUN, INC.,

                         Plaintiff,

        -v-                                          CIVIL ACTION NO. 25 Civ. 10425 (RA) (SLC)

                                                     **ORDER**

TRIPLE PLAY PAY, INC. AND NORTHAB LLC,

                         Defendants.


**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery status conference held today,

April 15, 2026, a telephonic discovery status conference is scheduled for **Tuesday, May 12, 2026**

**at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681;

access code: 2308 226 4654, at the scheduled time.  By **Friday, May 8, 2026**, the parties shall file

a joint letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's

attention at that time.

Dated:       New York, New York
             April 15, 2026

                                                     SO ORDERED.

                                                     _____
                                                     SARAH L. CAVE
                                                     **United States Magistrate Judge**