NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

MICHAEL H. GIBSON
PARTNER
DIRECT DIAL: +1 212 404 8726
PERSONAL FAX: +1 212 692 1020
*E-MAIL:* MHGibson@duanemorris.com

*www.duanemorris.com*

## MEMO ENDORSED

May 8, 2026

**VIA ECF**

Hon. Sarah L. Cave
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

> Re:    **Miura Run, Inc. v. Triple Play Pay, Inc., et al.**
> **Case No. 1:25-cv-10425-RA**

Dear Magistrate Judge Cave:

  This office represents Defendant NorthAB, LLC ("NorthAB") in the above-captioned matter. We respectfully submit this letter with the consent of counsel for Plaintiff Miura Run, Inc. and Defendant Triple Play Pay, Inc., in compliance with the Court's Order of April 16, 2026 (ECF No. 38) and in advance of the status conference scheduled for May 12, 2026.

  As of the date of this letter, NorthAB's motion to dismiss the Complaint in this action for lack of subject matter jurisdiction and for the denial of jurisdictional discovery is fully briefed and pending before Judge Abrams. (ECF Nos. 35, 37, 39, 40). On April 28, 2026, NorthAB submitted a letter to Your Honor seeking a stay of discovery pending a ruling on NorthAB's motion to dismiss. (ECF No. 41). As set forth in the letter, Defendant Triple Play Pay, Inc. consents to the requested stay of discovery. Plaintiff Miura Run, Inc. consents to a stay of merits-based discovery, but has indicated that it opposes a stay of its requested jurisdictional discovery.

DUANE MORRIS LLP

22 VANDERBILT
335 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY  10017-4669

PHONE: +1 212 692 1000    FAX: +1 212 692 1020
DM1\301828365.1

Hon. Sarah L. Cave
May 8, 2026
Page 2

DuaneMorris

Respectfully submitted,

Michael H. Gibson

MHG/tc

---

The Court is in receipt of NorthAB's motion to stay all discovery (Dkt. No. 41), Plaintiff's response to that motion (Dkt. No. 42), and the parties' joint status letter (Dkt. No. 43).  Based on the parties' agreement that merits discovery should be stayed, the Court GRANTS a stay of merits discovery pending the Court's decision on NorthAB's Motion to Dismiss (Dkt. No. 35).  As for jurisdictional discovery, Plaintiff has requested that the Court permit jurisdictional discovery in its opposition to NorthAB's Motion to Dismiss, which is before the Honorable Ronnie Abrams.  (See Dkt. No. 39).  Accordingly, the telephonic discovery status conference scheduled for May 12, 2026 at 2:00 p.m. is ADJOURNED sine die.

The Clerk of the Court is respectfully directed to close Dkt. No. 41.

SO ORDERED    5/11/26

SARAH L. CAVE
United States Magistrate Judge