UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIURA RUN, INC., a Wisconsin corporation,

Plaintiff,

v.

TRIPLE PLAY PAY, INC., a Delaware corporation, and NORTHAB, LLC, a Delaware limited liability company,

Defendants.

25-CV-10425 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discovery in this case is presently stayed pending the Court's resolution of Defendants' motion to dismiss, Dkt. No. 44, the conference previously schedule for July 10, 2026 is adjourned *sine die*.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Ronnie Abrams
United States District Judge